| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) King, Leo L. | 2. Court or Organization U.S. District Court, W.D. Ky. | 3. Date of Report 07/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Magistrate Judge, full-time | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

United States District Court
501 Broadway
Paducah, Ky, 42001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Sherman, Carter, Barnhart, PSC, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Paducah Bank and Trust, Checking Account | A | Interest | K | T | | | | | |
| 2. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 3. -Wells Fargo Money Market Account | A | Interest | L | T | | | | | |
| 4. -AT&T Stock | C | Dividend | L | T | | | | | |
| 5. -Abbot Laboratories Stock | A | Dividend | K | T | | | | | |
| 6. -Abbvie Inc Stock | B | Dividend | K | T | | | | | |
| 7. -Archer Daniels Midland Stock | B | Dividend | L | T | | | | | |
| 8. -Bristol Myers Squibb Stock | C | Dividend | M | T | | | | | |
| 9. -Cegene Corp Stock | A | Dividend | N | T | | | | | |
| 10. -Chevron Corp Stock | C | Dividend | L | T | | | | | |
| 11. -Comcast Corp Stock | A | Dividend | K | T | | | | | |
| 12. -Corning Inc Stock | A | Dividend | K | T | | | | | |
| 13. -Disney Stock | C | Dividend | M | T | | | | | |
| 14. -Exxon Stock | B | Dividend | L | T | | | | | |
| 15. -GE Stock | B | Dividend | L | T | | | | | |
| 16. -General Mills Stock | C | Dividend | L | T | | | | | |
| 17. -Halliburton Co Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  -Hasbro Inc Stock | B | Dividend | K | T | | | | | |
| 19.  -Intell Corp Stock | C | Dividend | M | T | | | | | |
| 20.  -IBM Stock | C | Dividend | L | T | | | | | |
| 21.  -McCormick & Co Inc Stock | B | Dividend | L | T | | | | | |
| 22.  -Merk & Co. Stock | C | Dividend | L | T | | | | | |
| 23.  -Microsoft Stock | C | Dividend | M | T | | | | | |
| 24.  -Oracle Corp Stock | B | Dividend | L | T | | | | | |
| 25.  -PNC Financial Services Stock | A | Dividend | K | T | | | | | |
| 26.  -Nuveen Invt Fds Inc Real Estate Secs Fund Cl A | C | Dividend | M | T | | | | | |
| 27.  -PIMCO All Asset Authority Fund Class C | C | Dividend | M | T | | | | | |
| 28.  -PIMCO FD PAC INVT MGMT, All Asst Fund Class C | C | Dividend | M | T | | | | | |
| 29.  -Principal Invs Fd Real Estate Secs Fd Cl A | B | Dividend | M | T | | | | | |
| 30.  -Principal Global Div Income Fd | D | Dividend | M | T | | | | | |
| 31.  -Proctor & Gamble Stock | C | Dividend | M | T | | | | | |
| 32.  -Southern Company Stock | B | Dividend | K | T | | | | | |
| 33.  -Vodafone Group Stock | B | Dividend | K | T | | | | | |
| 34.  -Verizon Stock | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Louisville/Jefferson Cnty Ky Metro Gvt Pkg ath riv fr city | A | Interest | | | Redeemed | 12/30/16 | K | A | |
| 36. -Shelby Cnty Ky sch dist fin corp sch bldg rev b/e | A | Interest | | | Redeemed | 02/01/16 | K | A | |
| 37. BROKERAGE ACCOUNT #1A | | | | | | | | | |
| 38. -Prince Georges Cnty MD Pub Impt Ser Bond, ▇ | A | Interest | J | T | Buy | 09/09/16 | J | | |
| 39. -KY St Ppty & Bldgs Commn Revs Bond, ▇ | A | Interest | J | T | Buy | 04/15/16 | J | | |
| 40. -Kenton Cnty Ky Sch Dist Bond, ▇ | A | Interest | J | T | Buy | 02/22/16 | J | | |
| 41. -KY St Ppty & Bldgs Bond, ▇ | A | Interest | J | T | Buy | 03/28/16 | J | | |
| 42. -Harris Cnty Tx Mun Util Bond, ▇ | A | Interest | J | T | Buy | 02/19/16 | J | | |
| 43. -Henry Cnty Ky Sch Dist Bond, ▇ | A | Interest | J | T | Buy | 03/21/16 | J | | |
| 44. -Leitchfield KY RFDG SER Bond, ▇ | A | Interest | J | T | Buy | 05/02/16 | J | | |
| 45. -KY St Ppty & Bldgs Bond, ▇ | A | Interest | J | T | Buy | 03/23/16 | J | | |
| 46. -New Braunfels Tx CTF OBLG Bond, ▇ | A | Interest | J | T | Buy | 10/05/16 | J | | |
| 47. -Harris Cnty Tx Mun Util Bond, ▇ | A | Interest | J | T | Buy | 02/23/16 | J | | |
| 48. -Western Ky Univ Rvs Bond, ▇ | A | Interest | J | T | Buy | 04/05/16 | J | | |
| 49. -Fayette Cnty Ky Sch Dist Bond, ▇ | A | Interest | J | T | Buy | 04/01/16 | J | | |
| 50. -Hardin Cnty Ky Sch Dist Bond, ▇ | A | Interest | J | T | Buy | 07/05/16 | J | | |
| 51. -Bullitt Cnty Ky Sch Dist Bond, ▇ | A | Interest | J | T | Buy | 02/23/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Montgomery Cnty Tx Mun Bond, ▮ | A | Interest | J | T | Buy | 08/29/16 | J | | |
| 53. -Washington DC Met Area Tran Auth Bond, ▮ | A | Interest | J | T | Buy | 04/11/16 | J | | |
| 54. -Ky St PPT & Bldgs Bond, ▮ | A | Interest | J | T | Buy | 04/15/16 | J | | |
| 55. -Boone Cnty Ky Sch Dist Bond, ▮ | A | Interest | J | T | Buy | 04/11/16 | J | | |
| 56. -Fayette Cnty Ky Sch Dist Fin Corp Bond, ▮ | A | Interest | J | T | Buy | 07/20/16 | J | | |
| 57. -Miami Dade Cnty Fl W&S Bond, ▮ | A | Interest | J | T | Buy | 08/16/16 | J | | |
| 58. -Harris Cnty Tx Mun Util Bond, ▮ | A | Interest | J | T | Buy | 02/19/16 | J | | |
| 59. -Brushy Creek Regl Util Auth Tx Bond, ▮ | A | Interest | J | T | Buy | 08/25/16 | J | | |
| 60. -Ky St PPTY & Bldgs Bond, ▮ | A | Interest | | | Buy | 02/26/16 | J | | |
| 61. | | | | | Redeemed | 02/15/16 | J | A | |
| 62. -Fairview PA Sch Dist Bond, ▮ | A | Interest | | | Buy | 03/02/16 | J | | |
| 63. | | | | | Redeemed | 08/01/16 | J | A | |
| 64. -Russellellville Ky W&S Bond | A | Interest | | | Buy | 07/20/16 | J | | |
| 65. | | | | | Redeemed | 10/03/16 | J | A | |
| 66. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 67. -Guggenheim S&P Small Cap 600 Pure Growth | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 68. -Powershares QQQ | A | Dividend | | | Sold | 02/08/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Schwab US Mid-Cap | A | Dividend | | | Sold | 12/29/16 | K | B | |
| 70. -Vanguard Mid-Cap Growth Fund | A | Dividend | | | Sold | 02/08/16 | K | A | |
| 71. -Guggenheim FDS TR Mid Cap Value Ser | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 72. --Delaware Group Equity FDS II Value Fd | A | Dividend | | | Sold | 12/29/16 | K | B | |
| 73. -Federated Equity FDS Absolute Return Fund | A | Dividend | | | Sold (part) | 02/08/16 | J | A | |
| 74. | | | | | Sold | 12/29/16 | K | A | |
| 75. -Financial Invs Trust Emerald Growth Fund | A | Dividend | | | Buy (add'l) | 02/08/16 | J | | |
| 76. | | | | | Sold | 02/29/16 | K | A | |
| 77. -Bond Fund of Amer the Class F2 | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 78. | | | | | Buy | 02/25/16 | J | | |
| 79. | | | | | Sold | 12/29/16 | J | A | |
| 80. -American Funds Growth Fund of America | A | Dividend | | | Buy (add'l) | 02/08/16 | K | | |
| 81. | | | | | Buy (add'l) | 12/22/16 | J | | |
| 82. | | | | | Sold | 12/29/16 | L | B | |
| 83. -Harbor Fd Cap Appreciation FD | A | Dividend | | | Sold | 12/29/16 | K | A | |
| 84. -American Funds New World Fund | A | Dividend | | | Sold | 12/29/16 | K | A | |
| 85. -American Funds Washington Mutual FD F2 | A | Dividend | | | Sold | 12/29/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -American Europacific Growth Fun CL F2 | A | Dividend | | | Buy (add'l) | 02/25/16 | J | | |
| 87. | | | | | Sold | 12/29/16 | K | A | |
| 88. -Nuveen Invt FDS Reas Estate SECs | A | Dividend | | | Sold (part) | 02/08/16 | J | A | |
| 89. | | | | | Sold | 12/29/16 | K | A | |
| 90. -Virtus Emerging Markets Opportunities FND | A | Dividend | | | Sold (part) | 02/08/16 | J | A | |
| 91. | | | | | Sold | 12/29/16 | J | A | |
| 92. -Smallcap World FD CL F2 | A | Dividend | | | Sold | 12/29/16 | K | A | |
| 93. -Victory Portfoloios Munder Mid Cap Core Growth | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 94. -Blackrock FDS Mid Cap Growth Fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 95. | | | | | Sold | 12/29/16 | J | B | |
| 96. -Ishares ETF Russell Midcap Growth Fund | A | Dividend | | | Buy | 02/08/16 | K | | |
| 97. | | | | | Sold | 12/29/16 | K | C | |
| 98. -Ishares ETF Russell Top 200 Growth | A | Dividend | | | Buy | 02/25/16 | K | | |
| 99. | | | | | Sold | 12/29/16 | K | C | |
| 100. -Vanguard Long Term Govt Bond Fund | A | Dividend | | | Buy | 02/08/16 | K | | |
| 101. | | | | | Sold | 12/29/16 | K | A | |
| 102. -Goldman Sachs Square Money Mkt Fund | A | Dividend | | | Buy | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 11/09/16 | J | A | |
| 104. IRA #1 | | | | | | | | | |
| 105. -Europacific Growth Fd, cl A | A | Dividend | J | T | | | | | |
| 106. -Growth Fund America, Cl A | A | Dividend | J | T | | | | | |
| 107. -New Economy Fund SBI Cl A | A | Dividend | J | T | | | | | |
| 108. -Smallcap World Fd A | A | Dividend | J | T | | | | | |
| 109. -Wash Mutl Invs Fd Inc, Cl A | A | Dividend | J | T | | | | | |
| 110. IRA #2 | | | | | | | | | |
| 111. -Guggenheim S&P Small Cap 600 Pure Growth | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 112. -Powershares QQQ | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 113. -Schwab US Mid-Cap | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 114. -Vanguard Mid-Cap Growth Fund | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 115. -American Cap World Bd Class F2 | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 116. -Blackrock FDS Mid Cap Growth Port | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 117. | | | | | Sold | 12/29/16 | J | A | |
| 118. -Federated Equity FDS Absolute Return Fund | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 119. -Fidelity Advisor Emerging Markets | A | Dividend | | | Sold | 02/09/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Fidelity Advisor SER II Short Fixed Income Fd | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 121. -Bond Fund of AmericaClass F2 | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 122. -American Funds Growth Fund of America | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 123. | | | | | Sold (part) | 02/25/16 | J | A | |
| 124. | | | | | Sold | 12/29/16 | K | A | |
| 125. -American Funds New World Fund CL F2 | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 126. | | | | | Sold | 12/29/16 | J | A | |
| 127. -American Funds Washington Mutual Fd | A | Dividend | | | Sold | 12/29/16 | K | A | |
| 128. -Janus Invt Fd Flexible Bd Fd Class I (In 80 from 2014 disclosure) | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 129. -Metropolitan West FDS Total Return BD | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 130. -JPMorgan TR I Interpid Value Fd Select | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 131. | | | | | Sold | 12/29/16 | J | A | |
| 132. -JP Morgan TR II Core Bd Fd Select | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 133. -American Europacific Growth Fu CL F2 | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 134. | | | | | Sold | 12/29/16 | K | A | |
| 135. -Nuveen Invt Fds Real Estate SECs Fund | A | Dividend | | | Sold | 02/09/16 | J | A | |
| 136. -Virtus Emerging Markets Opportunities Fnd | A | Dividend | | | Sold | 02/09/16 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Pimco FDS Income Fund Class P | A | Dividend | | | Sold | 02/10/16 | J | A | |
| 138. -Smallcap World Fd | A | Dividend | | | Buy (add'l) | 02/09/16 | J | | |
| 139. | | | | | Sold | 12/29/16 | J | A | |
| 140. -TRowe Price Blue Chip Growth Fund | A | Dividend | | | Sold | 02/25/16 | J | A | |
| 141. -Ishares ETF Russell Midcap Growth Fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 142. | | | | | Sold | 12/29/16 | J | A | |
| 143. -Vanguard Long Term ETF Govt Bond fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 144. | | | | | Sold | 12/29/16 | J | A | |
| 145. -Goldman Sachs TR Finl Square Money Mkt fd | A | Dividend | | | Buy | 02/09/16 | J | | |
| 146. | | | | | Sold | 11/10/16 | J | A | |
| 147. -Ishares ETF Russell Top 200 Growth fund | A | Dividend | | | Buy | 02/25/16 | J | | |
| 148. | | | | | Sold | 12/29/16 | J | A | |
| 149. -Energy Select Sector SPDR fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 150. -Industrial Select Sector SPDR fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 151. -Ishares Core S&P Smallcap fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 152. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 153. -Ishares S&P Midcap 400 value fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Ishares S&P Midcap 400 growth fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 155. -Powershares Em Mar Sov De PT fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 156. -SectorSPDR Tr Technology Select sector fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 157. -Select Sector SPDR TR Real Estate Select Sector fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 158. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 159. -Select Sector SPDR Consumer Staples | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 160. -Select Sector SPDR Fd Materials fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 161. -Select Sector SPDR FD Health care fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 162. -Select Sector SPDR Fd consumer discretionary fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 163. -SPDR Bloomberg Barclays high yield bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 164. -Vanguard FTSE Develeeped Marktets fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 165. -Vanguard Intl Equity Index fds ftse emerging markets | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 166. -Vanguard REIT fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 167. TRUST #1 | | | | | | | | | |
| 168. -Wells Fargo Money Mrkt Account | A | Int./Div. | K | T | | | | | |
| 169. -Ishares Russell Top 200 Growth fund | A | Dividend | J | T | Buy | 02/25/16 | J | | |
| 170. -Ishares Russell Midpcap Growth fund | A | Dividend | J | T | Buy | 02/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Guggenheim S&P Small ET Cap Pure Growth | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 172. -Powershares QQQ TR | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 173. -Schwab US Mid Cap ET | A | Dividend | J | T | | | | | |
| 174. -Vanguard Mid-cap Growth Fund | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 175. -American Cap World Bd | A | Dividend | J | T | | | | | |
| 176. -BlackrockFDS Mid Cap Growth Port | A | Dividend | J | T | | | | | |
| 177. -Federated Equity FDS Absolute Return Fund | A | Dividend | J | T | | | | | |
| 178. -Fidelity Advisor Emerging Mrkts | A | Dividend | J | T | | | | | |
| 179. -Fidelity Advisor Ser 1 Short Fixed Income FD | A | Dividend | J | T | | | | | |
| 180. -Bond Fund of America, Cl A | A | Int./Div. | J | T | | | | | |
| 181. -American Funds Growth Fund of America (Ln 105 of 2014 disclosure) | A | Dividend | J | T | | | | | |
| 182. -American Funds New World FD | A | Dividend | J | T | | | | | |
| 183. -American Funds Washington Mutual FD | A | Dividend | J | T | | | | | |
| 184. -Janus Invt FD Flexible BD FD | A | Dividend | J | T | | | | | |
| 185. -Metropolitan West FDS Total Return BD FD | A | Dividend | J | T | | | | | |
| 186. -JP Morgan TR I Intrepid Value FD | A | Dividend | J | T | | | | | |
| 187. -JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -American Europacific Growth Fd, Cl A (Ln 104 of 2014 disclosure) | A | Dividend | J | T | | | | | |
| 189. -Nuveen Invt FDS Real Estate SECs Fund | A | Dividend | J | T | | | | | |
| 190. -Virtus Emerging Markets Opportunities FND | A | Dividend | J | T | | | | | |
| 191. -Pimco FDS Income Fund Class P | A | Dividend | J | T | | | | | |
| 192. -SmallCAP World FD Inc CL F2 | A | Dividend | J | T | | | | | |
| 193. -T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 194. -Goldman Sachs TR Fin Square money market fd | A | Dividend | | | Buy | 02/09/16 | J | | |
| 195. | | | | | Sold | 11/10/16 | J | A | |
| 196. TRUST #2 | | | | | | | | | |
| 197. -Well Fargo Money Mrkt Account | A | Interest | J | T | | | | | |
| 198. -Energ Select Sector SPDR | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 199. -Industrial Select Sector SPDR | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 200. -Ishares Agency Bodn fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 201. -Ishares US Preferred Stock fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 202. -Ishares 7-10 yr treasury bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 203. -Ishares Core S&P Midcap fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 204. -Ishares Core S&P small cap fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. -Ishares Core US Aggregate Bond fund | A | Dividend | K | T | Buy | 12/29/16 | K | | |
| 206. -Ishares JP Morgan USD Emerging Markets Bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 207. -Ishares MBS MBB fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 208. -Ishares Tip Bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 209. -Powershares Em Mar Sov De Pt fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 210. -Sector SPDR Tr Technology Select sector fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 211. -Select Sector SPDR Tr Real Estate Select Sector SPDR Fd | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 212. -Select Sector SPDR TR Financial fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 213. -Select Sector SPDR Consumer Staples fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 214. -Select Sector SPDR Fd Materials | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 215. -Select Sector SPDR fd health care | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 216. -Select Sector SPDR fd consumer discretionary | A | Dividend | J | T | Buy | 01/29/16 | J | | |
| 217. -SPDR Bloomberg Barclays high yield bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 218. -Vanguard FTSE Developed Markegts ETF fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 219. -Vanguard Intermediate Term Corp bond fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 220. -Vanguard Intl Equity Index fds ftse emerging mkts | A | Dividend | J | T | Buy | 12/29/16 | J | | |
| 221. -Vanguard REIT VNQ fund | A | Dividend | J | T | Buy | 12/29/16 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Guggenheim S&P Small cap 600 pure growth | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 223. -Powershares QQQ TR Series 1 | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 224. -Schwab US Mid-Cap | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 225. -Vanguard Mid Cap Growth Fund | A | Dividend | | | Sold | 02/08/16 | J | A | |
| 226. -American Cap World Bd | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 227. -Blackrock FDS Mid Cap Growth Port | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 228. -Federated Equity FDS Absolute Return Fund | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 229. -Fideltity Advisor Emerging Mrkts | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 230. -Fidelity AdvisorSER II Short Fixed Incom FD | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 231. -Bond Fund of America, Cl A | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 232. -American Funds Growth Fund America, Cl A (Ln 112 of 2014 disclosure) | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 233. -American Funds New World Fund | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 234. -American Funds Washington Mutual FD | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 235. -Janus Invt Fd Flexible Bd Fd | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 236. --Metropolitan West Fds Total Treturn Bd Fd | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 237. -JPMorgan TR I Intrepid Value Fd | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 238. -JPMorgan TR II Core Bd Fd Select | A | Dividend | | | Sold | 12/29/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -American Europacific Growth (ln 111 on 2014 disclosure) | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 240. -Nuveen Invt FDS Reas Estate SECs Fund | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 241. -Virtus Emerging Markets Opportunities Fnd | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 242. -Pimco Fds Income Fund Class P | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 243. -Smallcap World Fd CL F2 | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 244. -T Rowe Price Blue Chip Growth Fund | A | Dividend | | | Sold | 12/29/16 | J | A | |
| 245. -Vanguard Long Term Government Bond fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 246. | | | | | Sold | 12/29/16 | J | A | |
| 247. -Goldman Sachs TR Fin Square Money Market fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 248. | | | | | Sold | 12/29/16 | J | A | |
| 249. -Ishares Russell Mid Cap Growth fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 250. | | | | | Sold | 12/29/16 | J | A | |
| 251. -Ishares Russell Top 200 Growth fund | A | Dividend | | | Buy | 02/08/16 | J | | |
| 252. | | | | | Sold | 12/29/16 | J | A | |
| 253. 401(k) #1 | | | | | | | | | |
| 254. -American Funds Income Fnd R3 | E | Dividend | M | T | | | | | |
| 255. Royal Crown Bottling Corp (2011 Appraisal) | A | Distribution | P1 | Q | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. RC Transportation Co. (2010 Appraisal) | G | Distribution | O | Q | | | | | |
| 257. Rental Agricultural Property, Henderson County, Ky ($57,036) | E | Rent | K | S | | | | | |
| 258. POP Investments, LLC (Aggregate Ownership Arrangement) | | | | | | | | | |
| 259. -Dodge & Cox Income Fd | A | Dividend | L | T | Buy | 12/06/16 | L | | |
| 260. -Doubleline Total Return Bond fund | B | Dividend | M | T | Buy | 04/14/16 | M | | |
| 261. -Principal Preferred Securities Inst | A | Dividend | J | T | | | | | |
| 262. -Touchstone Flexible Income Fund | B | Dividend | K | T | | | | | |
| 263. -Signet Jewelers Stock | A | Dividend | | | Sold | 12/12/16 | K | A | |
| 264. -Allegion Pub LTD stock | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 265. -Chubb Limited Stock | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 266. -AT&T Inc stock | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 267. -Alexion Pharmaceuticals Stock | A | Dividend | | | Sold | 12/12/16 | K | A | |
| 268. -Alliant Corp Stock | B | Dividend | K | T | | | | | |
| 269. -Amazon Stock | A | Dividend | K | T | | | | | |
| 270. -Anheuser Busch Inbev Stock | A | Dividend | K | T | Buy | 12/12/16 | K | | |
| 271. -Apple Inc. Stock | A | Dividend | K | T | | | | | |
| 272. -Autozone Inc Stock | A | Dividend | | | Sold | 01/08/16 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Big Lots Inc stock | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 274. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 275. -Biogen Inc stock | A | Dividend | K | T | Buy | 10/05/16 | K | | |
| 276. -Celgene Corp Stock | A | Dividend | L | T | Sold (part) | 12/08/16 | J | D | |
| 277. -Chevron Corp Stock | B | Dividend | K | T | | | | | |
| 278. -Chubb Corp Stock | A | Dividend | | | Sold | 01/19/16 | J | A | |
| 279. -Clorox Co Stock | A | Dividend | | | Sold | 01/25/16 | K | E | |
| 280. -ConocoPhillips Stock | A | Dividend | J | T | | | | | |
| 281. -Deere & Co Stock | A | Dividend | | | Sold | 01/12/16 | J | A | |
| 282. -Duke Energy Corp Stock | A | Dividend | J | T | | | | | |
| 283. -East West Bancorp Inc Stock | A | Dividend | K | T | | | | | |
| 284. -Exxon Mobil Corp Stock | A | Dividend | K | T | | | | | |
| 285. -FMC Technologies Inc. Stock | A | Dividend | | | Sold | 10/05/16 | K | A | |
| 286. -Seafarer Overseas Gr and Income fund | B | Dividend | L | T | Buy | 10/31/16 | K | | |
| 287. -General Dynamics Corp stock | A | Dividend | K | T | Buy | 08/24/16 | K | | |
| 288. -General Electric Co Stock | A | Dividend | K | T | | | | | |
| 289. -Gilead Sciences Inc Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -HD Supply Hldgs inc stock | A | Dividend | K | T | Buy | 06/24/16 | K | | |
| 291. -Intel Corp Stock | A | Dividend | K | T | | | | | |
| 292. -IBM Stock | B | Dividend | K | T | | | | | |
| 293. -Ishares Core S&P Mid-Cap | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 294. | | | | | Buy (add'l) | 12/12/16 | K | | |
| 295. -JP Morgan Chase & Co. Stock | A | Dividend | K | T | | | | | |
| 296. -Johnson & Johnson Stock | B | Dividend | K | T | | | | | |
| 297. -Magna Intl Inc Stock | A | Dividend | | | Sold | 12/12/16 | K | A | |
| 298. -Monster Beverage Corp Stock | A | Dividend | K | T | Sold (part) | 08/12/16 | J | D | |
| 299. -National-Oilwell Inc. Stock | A | Dividend | | | Sold | 10/05/16 | J | A | |
| 300. -Novartis A G Stock | B | Dividend | | | Sold | 08/24/16 | K | D | |
| 301. -Occidental Pete Corp Stock | A | Dividend | J | T | | | | | |
| 302. -Oracle Corp Stock | A | Dividend | K | T | | | | | |
| 303. -PNC Financial Services Group Stock | A | Dividend | | | Sold | 10/05/16 | K | A | |
| 304. -Packaging Corp Amer Stock | A | Dividend | K | T | | | | | |
| 305. -Procter & Gamble Co | A | Dividend | K | T | | | | | |
| 306. -Regal Beloit Corp | A | Dividend | | | Sold | 06/24/16 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -SBA Communications Corp Stock | A | Dividend | J | T | | | | | |
| 308. -Sherman Williams Co Stock | A | Dividend | J | T | | | | | |
| 309. -Spectra Energy Corp | B | Dividend | K | T | | | | | |
| 310. -Trinity Inds Inc Stock | A | Dividend | J | T | | | | | |
| 311. -Tupperware Brands Corp. Stock | B | Dividend | | | Sold | 10/05/16 | K | B | |
| 312. -Tyson Foods Inc. Stock | A | Dividend | | | Sold | 03/07/16 | K | D | |
| 313. -US Bankcorp Del Stock | A | Dividend | | | Sold | 10/05/16 | K | D | |
| 314. -Vanguard Small Cap Value ETF | A | Dividend | K | T | | | | | |
| 315. -Virtus Insight Stock | A | Dividend | | | Sold | 12/06/16 | J | A | |
| 316. -Walgreens Boots Alliance Inc stock | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 317. -Fifth Third Banksafe Trust Money Market Acct | A | Interest | K | T | | | | | |
| 318. TRUST #3 | | | | | | | | | |
| 319. -Fifth Third Banksafe Trust Money Market Account | A | Interest | K | T | | | | | |
| 320. -Dodge & Cox Income fd | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 321. -Doubleline Total Return Bond I | C | Dividend | L | T | Buy (add'l) | 04/14/16 | L | | |
| 322. -Principal Preferred Securities | A | Dividend | J | T | Buy | 04/14/16 | K | | |
| 323. | | | | | Sold (part) | 12/08/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 23 of 27

Name of Person Reporting

King, Leo L.

Date of Report

07/28/2017

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. -Touchstone Flexible Income Fund | B | Dividend | | | Sold | 07/25/16 | K | B | |
| 325. -Allegion Pub Ltd stock | A | Dividend | J | T | Buy | 01/12/16 | J | | |
| 326. -Accenture PLC Class A Stock | A | Dividend | K | T | | | | | |
| 327. -Chubb Limited stock | A | Dividend | J | T | Buy | 01/19/16 | J | | |
| 328. -Signet Jewelers Stock | A | Dividend | | | Buy (add'l) | 10/05/16 | J | | |
| 329. | | | | | Sold | 12/12/16 | K | A | |
| 330. -Anheuser Busch Invbev stock | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 331. -AT&T Stock | A | Dividend | K | T | | | | | |
| 332. -Alexion Pharmaceuticals Stock | A | Dividend | | | Sold | 12/12/16 | K | A | |
| 333. -Amazon Comm Inc. Stock | A | Dividend | | | Sold | 03/16/16 | K | E | |
| 334. -Apple Inc Stock | A | Dividend | K | T | | | | | |
| 335. -Big Lots Inc stock | A | Dividend | K | T | Buy | 03/07/16 | K | | |
| 336. | | | | | Buy (add'l) | 03/08/16 | J | | |
| 337. -Biogen IDEC stock | A | Dividend | J | T | | | | | |
| 338. -Celgene Corp Stock | A | Dividend | J | T | | | | | |
| 339. -Chubb Corp stock | A | Dividend | | | Sold | 01/19/16 | K | D | |
| 340. -Citigroup Inc Stock | A | Dividend | J | T | Buy | 12/20/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Conoco Phillips Stock | A | Dividend | K | T | | | | | |
| 342. -Danaher Corp stock | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 343. -Deere & Co Stock | A | Dividend | | | Sold | 01/12/16 | K | D | |
| 344. -Discover Finanacial Services stock | A | Dividend | J | T | Buy | 12/20/16 | J | | |
| 345. -East West Banccorp stock | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 346. -Ecolab Inc Stock | A | Dividend | K | T | | | | | |
| 347. -General Dynamics Corp | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 348. -Gilead Sciences Inc Stock | A | Dividend | J | T | | | | | |
| 349. -HD Supply Hldgs inc stock | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 350. -Home Depot Inc stock | A | Dividend | J | T | Buy | 08/25/16 | J | | |
| 351. -Ishares Core S&P Mid-cap fund | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 352. -Ishares core S&P small-cap fund | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 353. -Johnson & Johnson Stock | A | Dividend | K | T | | | | | |
| 354. -Mastercard Inc Stock | A | Dividend | J | T | | | | | |
| 355. -McKesson Corp Stock | A | Dividend | J | T | | | | | |
| 356. -Medtronic Inc. Stock | A | Dividend | | | Sold | 03/16/16 | J | A | |
| 357. -Microsoft Corp Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358. -Monster Beverage Corp Stock | A | Dividend | K | T | Sold (part) | 08/12/16 | J | C | |
| 359. -Morgan Stanley Stock | A | Dividend | | | Sold | 08/25/16 | J | A | |
| 360. -Nextera Energy Inc Stock | A | Dividend | K | T | | | | | |
| 361. -Occidental Pete Corp Stock | A | Dividend | J | T | | | | | |
| 362. -Procter & Gamble Co stock | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 363. -Royal Dutch Shell stock | A | Dividend | J | T | Buy | 10/05/16 | J | | |
| 364. -Sherman Williams Co. Stock | A | Dividend | J | T | | | | | |
| 365. -Tyson Foods Inc. Stock | A | Dividend | | | Sold | 03/07/16 | K | D | |
| 366. -Verizon Communications Stock | A | Dividend | K | T | | | | | |
| 367. -Walgreens Boots Alliance Inc | A | Dividend | J | T | Buy | 12/12/16 | J | | |
| 368. -Litman Gregory Masters Alt Strategies Instl | A | Dividend | | | Sold | 03/14/16 | K | A | |
| 369. -UBS E-Tracs Alerian ML: Infrastr Etn-Etf | B | Dividend | K | T | | | | | |
| 370. -Vanguard REIT fund | A | Dividend | K | T | Buy | 12/12/16 | K | | |
| 371. -Voya Equity r Real Est Fd | A | Dividend | | | Sold | 12/08/16 | K | A | |
| 372. -Schwab 1000 Index Fund | B | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 46 of my 2015 disclsoure should have stated "sold" rather than "sold(part)". All shares of Janus Invt Fd, flixible Bd class 1 were sold on 10/28/2015. Value Code should have been "K".

NEW NOTE FOR AMENDED REPORT:

This amended report is filed in response to letter of inquiry dated July 25, 2017. Line 97 of my 2016 annual report erroneously stated "sold part" instead of "sold". All shares of Ishares ETF Russell Midpcap Growth Fund were sold on the date listed. Line 97 has been corrected in this amended report.

| Name of Person Reporting | Date of Report |
|---|---|
| King, Leo L. | 07/28/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Leo L. King**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544